146 A.3d 1243

IN THE MATTER OF JONATHAN GREENMAN, AN ATTORNEY AT LAW (ATTORNEY NO. 010132003)

October 7, 2016

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15-282, concluding on the record certified to the Board pursuant to *Rule* 1:20-4(f)(default by respondent), that **JONATHAN GREENMAN** of **FAIR LAWN**, who was admitted to the bar of this State in 2003, and who has been temporarily suspended from practice since February 20, 2015, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to keep a client reasonably informed about the status of a matter) *RPC* 1.5(b) (failure to set forth in writing the rate or basis of a fee), *RPC* 1.5(c) (failure to prepare a fee agreement in a contingency matter), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **JONATHAN GREENMAN** is suspended from the practice of law for a period of three months, effective immediately, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent comply with *Rule* 1:20-20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20-20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20-20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10-2; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20-17.